**Order entered July 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00842-CR

**SAHISHNU SHANMUGAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-83471-2012**

## ORDER

We **GRANT** the Collin County Court at Law Clerk's Office's July 2, 2013 request for an extension of time to file the clerk's record. Additionally, our records show the reporter's record has not been timely filed. We **EXTEND** the time to file the clerk's and reporter's records until **THIRTY DAYS** from the date of this order.

/s/      LANA MYERS
JUSTICE